IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

EDWARD JESS DREYFUSE,

          Petitioner,

v.                                                         CIVIL ACTION NO.   3:16-4057

PAUL T. FARRELL, Judge and
JOHN "JACK" LAISHLEY, Conspirator,

          Respondents.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that Petitioner's Application to Proceed without Prepayment of Fees or Costs (ECF No. 1) be denied; Petitioner's Petition for Right of Review (ECF No. 2) be denied; and this civil action be dismissed, with prejudice, and removed from the docket of this Court.  Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **ORDERS** that Petitioner's Application to Proceed without Prepayment of Fees or Costs (ECF No. 1) be **DENIED**; Petitioner's Petition for Right of Review (ECF No. 2) be **DENIED**; and this civil action be **DISMISSED**, **with prejudice**, and removed from the docket of this Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: March 16, 2017

_____
ROBERT C. CHAMBERS, CHIEF JUDGE